IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON DILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC.;<br>REPUBLICAN NATIONAL COMMITTEE,<br><br>    Defendants. | Case No. 1:20-cv-01079<br><br>Hon. Thomas M. Durkin |

**JOINT STATUS REPORT**

Pursuant to Paragraph 5 of Judge Pallmeyer's Third Amended General Order 20−0012 and this Court's May 9, 2020 Minute Order [ECF #21], the parties respectfully submit the following joint status report:

**I.   Discovery**

Discovery has not yet begun.

**II.   Unresolved motions**

Plaintiff filed a placeholder motion for class certification on February 24, 2020, but plaintiff did not file a notice of motion setting a date for presentment of the motion to the Court. *See* N.D. Ill. Local Civil Rule 5.3(b). The parties agree that briefing on the class certification motion should be stayed. There are no other unresolved motions before the Court.

**III.   Settlement**

The parties are currently discussing a resolution of this matter.

**IV.   Proposed schedule for the next 45 days**

Pursuant to Paragraph 2 of the Third Amended General Order, the parties agree that the following deadlines apply in this case:

- **June 25, 2020**: Last day to meet to comply with the provisions of Federal Rules 26(f) and 26(a)(c) and this Court's Local Rule 26.1
- **July 3, 2020**: Deadline to submit joint status report
- **July 27, 2020**: Deadline for Defendants to respond to the Complaint

V. **Proposed revised discovery and dispositive motion schedule**

The parties request that the Court enter the proposed schedule in Paragraph IV of this Joint Status Report.

VI. **Any agreed action without a hearing**

The parties do not request any action from the Court at this time.

VII. **Telephonic hearing**

A telephonic hearing with the Court is not necessary at this time.

3

Respectfully submitted,

/s/ *Jonathan B. Piper*

Bock, Hatch, Lewis & Oppenheim, LLC

Phillip A. Bock
David Max Oppenheim
Jonathan B. Piper
Molly Elizabeth Stemper
Tod Allen Lewis
phil@classlawyers.com
134 N. La Salle St., Suite 1000
Chicago, IL 60602
Telephone: +1.312.658.5500
Facsimile: +1.312.658.5555

*Counsel for Plaintiff Brandon Diller, individually and as the representative of a class of similarly situated persons*

May 15, 2020

/s/ *Christopher A. Hall*

JONES DAY

Christopher A. Hall
chall@jonesday.com
77 West Wacker, Suite 3500
Chicago, IL 60601.1692
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

Brett A. Shumate (pro hac vice)
Kaytlin L. Roholt (pro hac vice)
bshumate@jonesday.com
kroholt@jonesday.com
51 Louisiana Ave. NW
Washington, DC 20001.2113
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700

*Counsel for Defendants Donald J. Trump for President and Republican National Committee*